**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF SOUTH CAROLINA**
**CHARLESTON DIVISION**

Michael Lee Sawer and RPM Automation Inc,

Plaintiffs,

v.

Brian Jacob Fehr, individually, and Brian Fehr Group Holdings Ltd,

Defendants.

**C/A No. 2:26-cv-01667-RMG**

**ORDER**

This matter is before the Court on Plaintiffs' Motion to Reopen Case, Vacate Default Judgment and Entry of Default, and Dismiss Without Prejudice. (Dkt. No.12) Plaintiffs represent that, before the Court entered the Default Judgment, the parties agreed to resolve this action and to dismiss it without prejudice, and that the stipulation of dismissal was inadvertently not filed. Defendants have not appeared and have not opposed the motion.

For the reasons stated in the motion, the Court finds that the motion is timely and that relief from the Default Judgment is warranted under Federal Rule of Civil Procedure 60(b). The motion (Dkt. No. 12) is therefore **GRANTED**, and it is **ORDERED** that:

1. The Clerk shall reopen this case for the limited purpose of entering this Order.
2. The Default Judgment entered June 26, 2026 (Dkt. No. 11), the Order granting Plaintiffs' motion for default judgment (Dkt. No. 10), and the Clerk's Entry of Default (Dkt. No. 8) are **VACATED**.
3. This action is **DISMISSED WITHOUT PREJUDICE** under Federal Rule of Civil Procedure 41(a)(2).

4. The Clerk shall close this case.

**AND IT IS SO ORDERED.**

s/ Richard Mark Gergel
Richard Mark Gergel
United States District Judge

October 16, 2026
Charleston, South Carolina